UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY ROE, as guardian for JANE DOE, a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE, WASHINGTON, a Municipal Corporation, including its Fire Department and its Police Department; DANIEL ROSS and JANE DOE ROSS, husband and wife; DETECTIVE NEIL GALLION, SGT. JOE PETERSON; and JOHN AND JANE DOES 1-10, husbands and wives,<br><br>    Defendants. | No. CV-06-357-FVS<br><br>ORDER AMENDING AGREED PROTECTIVE ORDER |

  **THIS MATTER** comes before the Court on its own motion. The Plaintiffs are represented by Greg M. Devlin, J. Scott Miller, and Ernest D. Greco. The Defendants, Daniel and Jane Doe Ross, are represented by Christian J. Phelps. The City Defendants are represented by Rocco N. Treppiedi.

  At the joint request of the parties, the Court entered an Agreed Protective Order, Ct. Rec. 29, on June 1, 2007. The Agreed Protective Order provides that the parties may file documents that contain certain Confidential Information under seal without prior permission of the Court. The Court entered a second protective order on the motion of the Plaintiffs on November 14, 2007. Due to the sensitive

ORDER AMENDING AGREED PROTECTIVE ORDER- 1

nature of this order's contents, the Court deemed it appropriate to file this second protective order under seal.

Since November 14, the parties have filed a total of 26 documents under seal. Many of these filings do not contain any sensitive or confidential information. For instance, the parties have filed motions to expedite, notices for hearing, and a motion to amend the scheduling order under seal. This practice obscures court activity from public view. Moreover, the proliferation of sealed documents has had an adverse effect on judicial economy. While privacy may outweigh the public's interest in transparency and judicial economy in certain instances, this is clearly not the case with documents that contain no sensitive confidential information.

In order to resolve this problem most efficiently,

**IT IS HEREBY ORDERED:**

1. No document may be filed under seal in this case without prior permission from the Court. From the date of the entry of this order, any document filed under seal without the Court's permission shall be **STRICKEN** by the Office of the District Court Executive.

2. A party wishing to file a document under seal may obtain permission to do so by filing a motion to seal. Motions to seal should be accompanied by the document or documents that the party wishes to file under seal.

3. To the extent that the Agreed Protective Order, Ct. Rec. 29, may be inconsistent with the requirements set forth in the preceding paragraphs, it is **AMENDED.**

**IT IS SO ORDERED.** The District Court Executive is hereby

directed to enter this order and furnish copies to counsel.

**DATED** this  17th  day of December, 2007.

s/ Fred Van Sickle<br>Fred Van Sickle<br>United States District Judge

ORDER AMENDING AGREED PROTECTIVE ORDER- 3