UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY ROE, as Guardian and JANE DOE,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF SPOKANE ET AL.,<br><br>        Defendants. | No. CV-06-357-FVS<br><br>ORDER GRANTING MOTION TO WITHDRAW |

**THIS MATTER** comes before the Court on the Defendants' Motion to Withdraw Filings, Ct. Rec. 170.  Consistent with the Court's oral ruling of January 31, 2008,

**IT IS HEREBY ORDERED:**

1. The Defendants' Motion to Withdraw Filings, **Ct. Rec. 170**, is **GRANTED**.

2. The following documents are hereby **STRICKEN: Ct. Rec. 132, Ct. Rec. 133, Ct. Rec. 134, Ct. Rec. 135, Ct. Rec. 136, Ct. Rec. 137, Ct. Rec. 138, Ct. Rec. 139, Ct. Rec. 140, Ct. Rec. 141, Ct. Rec. 142, Ct. Rec. 143, Ct. Rec. 144, Ct. Rec. 145, Ct. Rec. 146, Ct. Rec. 147, Ct. Rec. 148, Ct. Rec. 149, Ct. Rec. 151, Ct. Rec. 152, Ct. Rec. 153, Ct. Rec. 154, Ct. Rec. 155,** and **Ct. Rec. 156.**

3. The City Defendants' Motion to Continue Trial Date and Amend Scheduling Order, **Ct. Rec. 84**, is **GRANTED**.

4. The City Defendants' Motion to Shorten Time, **Ct. Rec. 81**, is

ORDER GRANTING MOTION TO WITHDRAW- 1

1 **DENIED.**

2     5. The Plaintiffs' Motion to Amend Discovery Cutoff As to Expert
3 Witnesses, **Ct. Rec. 89,** is **GRANTED.**

4     6. The Plaintiffs' Motion to Shorten Time, **Ct. Rec. 87,** is
5 **DENIED.**

6     7. The City Defendants' Motion to Exceed Page Limit, **Ct. Rec.**
7 **117,** is **DENIED AS MOOT.**

8     8. The City Defendants' Motion to Shorten Time, **Ct. Rec. 116,** is
9 **DENIED.**

10     **IT IS SO ORDERED.**  The District Court Executive is hereby
11 directed to enter this order and furnish copies to counsel.

12     **DATED** this __6th__ day of March, 2008.

                                                s/ Fred Van Sickle
                                                   Fred Van Sickle
                                   United States District Judge

ORDER GRANTING MOTION TO WITHDRAW- 2