|1| J. SCOTT MILLER, WSBA #14620
ERNEST D. GRECO, WSBA #3898
|2| Miller, Devlin & McLean, P.S.
201 W. North River Drive, Suite 500
|3| Spokane, WA 99201-2266
(509) 327-5591
|4|
Attorneys for Plaintiffs
|5|
|6|
IN THE UNITED STATES DISTRICT COURT
|7| FOR THE EASTERN DISTRICT OF WASHINGTON
|8| * * *
MARY ROE, as Guardian and
|9| JANE DOE, a Minor,
                                         NO. CV- 06-357-FVS
|10|
                Plaintiffs,
                                         ORDER OF DISMISSAL
|11|
    v.
|12|
CITY OF SPOKANE,
|13| WASHINGTON, a Municipal
Corporation, including its Fire
|14| Department and its Police Department;
DANIEL ROSS and JANE DOE
|15| ROSS, husband and wife;
DETECTIVE NEIL GALLION, SGT.
|16| JOE PETERSON; and JOHN AND
JANE DOES, 1-10, husbands and
|17| wives,
                                  * * *
|18|                Defendant(s).

   THIS MATTER coming on for presentment upon the stipulation of the parties in the
|19|
above-captioned case, through their respective counsel, and it appearing that all Plaintiffs' claims or
|20|
causes of action have been fully settled, compromised, or otherwise resolved, and that all Plaintiffs'
|21|
claims or causes of action should be dismissed with prejudice and without costs,
|22|
|23|
|24|

ORDER OF DISMISSAL - 1

**LAW OFFICES OF J. SCOTT MILLER, PLLC**
201 W. North River Drive, Suite 500
Spokane, WA 99201-2266
TEL: (509) 327-5591  FAX: (509) 328-6436

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all Plaintiffs' claims or causes of action are hereby dismissed with prejudice and without costs.

DATED this __8th__ day of July, 2009.

s/ Fred Van Sickle
---
JUDGE VAN SICKLE

ORDER OF DISMISSAL - 2

**LAW OFFICES OF J. SCOTT MILLER, PLLC**
201 W. North River Drive, Suite 500
Spokane, WA 99201-2266
TEL: (509) 327-5591  FAX: (509) 328-6436